ERNEST SEGOVIS V. THE STATE.

No. 21805. Delivered December 10, 1941.

The opinion states the case.

*Robert L. Hurt,* of Dallas, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for negligent homicide, punishment assessed being six months' imprisonment in the county jail.

The record contains no statement of facts and no bills of exception save those reserved to the refusal of numerous requested special charges. Obviously the propriety or otherwise of said requested charges cannot be appraised in the absence of the facts.

The judgment is affirmed.